

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S.
Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellees' brief was due on July 16, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellees' first motion for extension of time to file their brief until August 6, 2014. On August 19, 2014, Appellees filed a second motion for extension of time to file the brief and the brief itself.

Appellees' motion is GRANTED. Appellees' brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court